IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01795-WYD-MEH

THOM PANKONIN,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Corporation,

    Defendant.

---

## ORDER OF RECUSAL

---

    Because of a personal relationship with counsel for Defendant, it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  October 23, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge